JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. ESQUIVIAS,<br>　　　　Petitioner,<br>　　v.<br>WARDEN,<br>　　　　Respondent. | CASE NO. 2:18-cv-01794-AB (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Mixed Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed without prejudice.

DATED: April 25, 2018

HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE